

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) ) ) | Case No. **CR121-057** |
| v. | ) ) | **COUNT ONE** |
| EMMA AINSWORTH, | ) ) ) | DUI on a Military Reservation<br>18 U.S.C. §§ 7 & 13<br>O.C.G.A. § 40-6-391(a)(1) |
| Defendant. | ) ) ) ) ) ) | **COUNT TWO**<br>DUI on a Military Reservation<br>18 U.S.C. §§ 7 & 13<br>O.C.G.A. § 40-6-391(a)(5) |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
*DUI on a Military Installation.*
18 U.S.C. §§ 7 & 13
O.C.G.A. § 40-6-391(a)(1)

On or about the 29th day of April, 2021, in the Southern District of Georgia, the defendant,

EMMA AINSWORTH,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while under the influence of alcohol to the extent that it was less safe for her to drive, from alcohol consumed before such driving ended, in violation of Title

18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT TWO
*DUI on a Military Installation.*
18 U.S.C. §§ 7 & 13
O.C.G.A. § 40-6-391(a)(5)

On or about the 29th day of April, 2021, in the Southern District of Georgia, the defendant,

**EMMA AINSWORTH,**

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while her alcohol concentration was in excess of 0.08 grams, this concentration being present at a time within three hours after such driving ended, from alcohol consumed before such driving ended, in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Sierra Tyrrel*

Sierra Tyrrel
Special Assistant United States Attorney
District of Columbia Bar # 1657075
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5904
(706) 706-1254; Fax 791-1749